# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2013
_____

JAVONEY ROBERTS,

Appellant,

v.

JAMES R. WEBB, et al.,

Appellee.

_____

On appeal from the Circuit Court for Walton County.
David W. Green, Judge.

June 11, 2024

PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Javoney Roberts, pro se, Appellant.

Ashley Moody, Attorney General, and Clarissa Jimenez, Senior Assistant Attorney General, Tallahassee, for Appellee.